| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **FOR THE DISTRICT OF NEVADA** |

| | |
|---|---|
| STEVEN R. DAVIS, an individual,<br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITEL VOICE, LLC, et al<br><br>　　　　　　Defendants. | Case No.:　2:18-CV-00673-JCM-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CENTURY LINK, INC.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(2) FILED NOVEMBER 20th, 2018.**<br><br>**(First Request)** |

Plaintiff Steven R. Davis, pro se, and Century Link, Inc.'s through its undersigned counsel of record, agree that upon the Court's approval, Plaintiff's response to Defendant Century Link Inc.'s[1] Motion to Dismiss, currently due on DECEMBER 4TH, 2018 shall be due 30 DAYS from that date, on JANUARY 4TH, 2019 for the reasons set forth below:

1. Defendant Century Link Inc's Motion to Dismiss was filed on November 20th, 2018.
2. Plaintiff, via email has requested an Extension to January 4th, 2019, to file his response.
3. Plaintiff is pro se and has limited access to legal resources and needs the additional time to craft his response.
4. Attorney Lauren D. Calvert communicated her assent.

---

5. Accordingly, Plaintiff and Defendant, Century Link, Inc. agree that, upon the Court's approval, Defendant's response to Plaintiff's Motion to Dismiss shall be due on or before January 11th, 2019.

6. Furthermore, upon receipt of Plaintiff's response, the Defendant Century Link, Inc. shall have seven days to reply.

7. This Stipulation has been entered before the Motion is otherwise due.

8. Pursuant to Local Rule 6-1, this is Plaintiff and Defendant's first request for an extension of this deadline.

9. The parties seek this extension in good faith and not for purposes of delay.

10. No party would be prejudiced by the granting of this stipulated motion for an extension of time.

Dated, this the 28th day of November 2018, by the undersigned Plaintiff and counsel for Defendant, Century Link, Inc.

*/s/ Steve R. Davis*
_____
Steve R. Davis, Pro Per
4038 Velarde Ct.
Las Vegas, NV 89120
(786) 753-1931
steverdavis@mail.com

/s/ Lauren Calvert, Esq.
_____
/s/ M. CALEB MEYER, ESQ.
Nevada Bar No. 13379
LAUREN CALVERT, ESQ.
Nevada Bar No. 10534
MESSNER REEVES, LLP
8945 West Russell Road, suite 300
Las Vegas, Nevada 89148
Telephone: 702-363-5100
Facsimile: 702-363-5101
Email: cmeyer@messner.com
lcaslvert@messner.com
Attorneys for Defendant, Century Link, Inc.

# ORDER

IT IS SO ORDERED.

Dated: December 3, 2018.

_____
U.S. District Judge