UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STEVEN R. DAVIS,

                  Plaintiff(s),

v.

UNITEL VOICE, LLC d/b/a TELECOM
MANAGEMENT GROUP, INC., et al.,

                  Defendant(s).

Case No. 2:18-CV-673 JCM (BNW)

ORDER

Presently before the court is *pro se* plaintiff Steven R. Davis's ("Davis") motion for oral argument. (ECF No. 59).

Also before the court is Davis's motion for entry of clerk's default. (ECF No. 62).

Davis initially filed his complaint on April 27, 2018. (ECF No. 4). Defendant Somos, Inc. ("Somos") moved to dismiss. (ECF No. 10). Davis responded (ECF No. 25), and Somos replied (ECF No. 29).

Davis filed his first amended complaint on August 21, 2018. (ECF No. 24). Five months after amending his complaint, Davis filed the instant motion requesting a hearing (ECF No. 59) regarding Somos's motion to dismiss (ECF No. 10).

On February 27, 2019, the court denied Somos's motion to dismiss (ECF No. 10) as moot. Although Somos's motion to dismiss was denied as moot, the motion for oral argument remains pending. (ECF No. 59). The court now dismisses the motion for oral argument as moot.

On March 12, 2019, Davis filed the instant motion for entry of default (ECF No. 62). The same day, Somos filed its motion to dismiss the first amended complaint (ECF No. 63),

which the court granted (ECF No. 74).  The court now dismisses the motion for entry of default as moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Davis' motion for oral argument (ECF No. 59) be, and the same hereby is, DENIED as moot.

IT FURTHER ORDERED that Davis' motion for entry of default (ECF No. 62) be, and the same hereby is, DENIED as moot.

DATED August 20, 2019.

_____
UNITED STATES DISTRICT JUDGE